### SPIEGEL v. FEHR.

(Supreme Court, Appellate Term. December 11, 1906.)

REPLEVIN—EVIDENCE—ADMISSIBILITY.
    Where, in replevin, the issue was whether the goods were covered by a chattel mortgage, the exclusion of evidence negativing the claim was reversible error.

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Samuel Spiegel against Louis A. Fehr. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, FITZGERALD, and DAVIS, JJ.

Alfred B. Osgoodsby, for appellant.
S. N. Tuckman, for respondent.

PER CURIAM. Upon a disputed question of fact, material and pertinent, to wit, were the goods taken under the writ of replevin the goods covered by the chattel mortgage, the court excluded evidence fairly tending to negative such proposition. This was clearly error.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.